Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
SEEGER WEISS LLP
1515 Market Street, Suite 1380
Philadelphia, PA 19102

[Additional counsel on signature page]

Attorneys for Plaintiffs and all others Similarly Situated

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Lauren Scott, Kathleen Koffman and Heather Silversmith, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Apple, Inc.,<br><br>    Defendant. | CASE NO: 5:11-cv-01989-HRL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>JURY TRIAL DEMANDED |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

In addition to the named parties and their counsel, all members of the class alleged in the Class Action Complaint, whose identities are as yet unknown.

1
2  Dated: April 27, 2011                    Respectfully submitted:
3                                    By:    /s/ Jonathan Shub
4                                           Jonathan Shub (SBN 237708)
                                            jshub@seegerweiss.com
                                            **SEEGER WEISS LLP**
5                                           1515 Market Street, Suite 1380
                                            Philadelphia, PA  19102
6                                           (215) 564-2300
7                                           **ADDITIONAL COUNSEL**
8                                           Michael J. Boni
                                            Joshua D. Snyder
9                                           **BONI & ZACK LLC**
                                            15 St. Asaphs Road
10                                          Bala Cynwyd, PA 19004
                                            (610) 822-0200
11
12                                          Simon Bahne Paris
                                            Patrick Howard
                                            **SALTZ, MONGELUZZI, BARRETT &**
13                                          **BENDESKY, P.C.**
                                            One Liberty Place, 52nd Floor
14                                          1650 Market Street
                                            Philadelphia, PA 19103
15                                          (215) 575-3986
16                                          Benjamin G. Edelman
                                            **LAW OFFICES OF BENJAMIN**
17                                          **EDELMAN**
                                            27A Linnaean Street
18                                          Cambridge, MA 02138
                                            (617) 359-3360
19
                                            *Attorneys for Plaintiffs and*
20                                          *all others Similarly Situated*
21
22
23
24                              - 2 -       CERTIFICATION OF INTERESTED
                                            ENTITIES OR PERSONS
                                            CASE NO:  5:11-cv-01989-HRL