IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAUREN SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br>APPLE, INC.,<br><br>Defendant(s). | CASE NO. 5:11-cv-01989 EJD<br><br>**ORDER DIRECTING CLERK TO CLOSE FILE** |

The above-entitled action was previously consolidated into <u>In re Apple In-App Purchase Litigation</u>, Case No. 5:11-cv-01758 EJD, but was inadvertently left open. Accordingly, the Clerk is directed to close this file.

**IT IS SO ORDERED.**

Dated:  September 23, 2014

_____
EDWARD J. DAVILA
United States District Judge